# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALLEN ANSMAN,<br><br>        Petitioner,<br><br>    v.<br><br>R. NDOH,<br><br>        Respondent. | NO. CV 18-4780-RGK (E)<br><br><br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 1, 2018.

/s/ Gary Klausner
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE